IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

        Plaintiff,                    2:02-cv-2299-GEB-KJM-P

    vs.

D. McCARGAR, et al.,

        Defendants.          <u>ORDER</u>

                              /

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On October 31, 2005, the Ninth Circuit Court of Appeals remanded this case and, among other things, ordered the court to reconsider whether to accept supplemental jurisdiction over plaintiff's state law claims. Good cause appearing, IT IS HEREBY ORDERED that the court will accept supplemental jurisdiction over plaintiff's state law claims under 28 U.S.C. § 1367(a).

Dated: April 4, 2006

                                                  <u>/s/ Garland E. Burrell, Jr.</u>
                                                  GARLAND E. BURRELL, JR.
                                                  United States District Judge