IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

    Plaintiff,                         No. CIV S-02-2299 GEB KJM P

    vs.

D. MCCARGAR, et al.,

    Defendant.                     ORDER

_____/

        Plaintiff requests that the court hold a settlement conference and that it set a trial date. Findings and recommendations currently are pending before the District Judge. Prior to the District Judge's determination whether to adopt the findings and recommendations or not, plaintiff's requests are premature. Regarding the trial date in particular, if the District Judge adopts the findings and recommendations, the court will on its own motion set a new trial date. Accordingly, plaintiff's March 30, 2007 request that the court hold a settlement conference is denied without prejudice.

DATED: January 16, 2008.

_____
U.S. MAGISTRATE JUDGE

1 chap2299.set

1