IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

      Plaintiff,                    No. CIV S-02-2299 GEB KJM P

   vs.

D. MCCARGAR, et al.,

      Defendant.              ORDER

_____/

      It appears the filing of pretrial statements is appropriate at this stage of this case. Plaintiff has already filed his but must amend it to take account of the district judge's February 22, 2008 dismissal of plaintiff's First Amendment claims against defendants Pliler and Martel.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff file his amended pretrial statement within thirty days of this order; and

      2. Defendants file their pretrial statement within twenty days of service of plaintiff's pretrial statement.

DATED: July 7, 2008.

_____
U.S. MAGISTRATE JUDGE

1/chap2299.pts