1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   REX CHAPPELL,

11          Plaintiff,                    No. 2:02cv2299-GEB- KJM- P

12       vs.

13   D. MCCARGAR, et al.,

14          Defendant.                    <u>ORDER</u>

15   _____/

16          Plaintiff is a state prisoner proceeding pro se with an action for violation of civil

17   rights under 42 U.S.C. § 1983.  Plaintiff asks that the court stay its February 22, 2008 order

18   dismissing plaintiff's First Amendment retaliation claims against defendants Pliler and Martel.

19   However, plaintiff fails to offer any valid legal authority or factual justification in support of his

20   request.  His request will be denied.

21   /////

22   /////

23   /////

24   /////

25   /////

26   /////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 28, 2008 request that the court stay dismissal of plaintiff's First Amendment retaliation claims against defendants Plier and Martel (#28) is denied.

Dated:  August 4, 2008

GARLAND E. BURRELL, JR.
United States District Judge

chap2299.850

2