IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

        Plaintiff,                    No. CIV S-02-2299 GEB KJM P

    vs.

D. MCCARGAR, et al.,

        Defendant.                <u>ORDER TO SHOW CAUSE</u>

/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On July 7, 2008, the court ordered plaintiff to file an amended pretrial statement omitting any reference to his First Amendment retaliation claims against defendants Martel and Pliler. Plaintiff has indicated he will not do so. <u>See</u> Docket Entry #70. Accordingly, IT IS HEREBY ORDERED that plaintiff show cause within twenty days why this action should not be dismissed under Federal Rule of Civil Procedure 41(b) for failing to follow orders of the court.

DATED: August 7, 2008.

                                        U.S. MAGISTRATE JUDGE

1
chap2299.osc