IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPEL,

      Plaintiff,                    No. CIV S-02-2299 GEB KJM P

   vs.

D. MCCARGAR, et al.,

      Defendants.          <u>ORDER</u>

_____/

       Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  On August 8, 2008, the court ordered plaintiff to show cause why this action should not be dismissed for plaintiff's failure to file an amended pretrial statement.  Plaintiff has responded to the court's order and shown that an amended pretrial statement is not necessary.

/////

/////

/////

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. The order to show cause filed August 8, 2008 is discharged; and

3   2. The remaining defendants shall file their pretrial statement within fifteen days
4   of this order.

5   DATED: September 8, 2008.

_____
U.S. MAGISTRATE JUDGE

1
chap2299.pts(1)

2