IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **REX CHAPPELL,** | 2:02-cv-2299 GEB KJM P |
| Plaintiff, | **ORDER RE: DEFENDANTS' REQUEST FOR EXTENSION OF TIME** |
| v. | |
| **D. MCCARGER, et al.,** | |
| Defendants. | |

**ORDER**

Good cause having been shown, Defendants' request for a thirty day extension of time (docket no. 75) to and including October 27, 2008, to file Defendants' pretrial statement, is granted.

DATED: September 19, 2008.

_____
U.S. MAGISTRATE JUDGE

Order re: Defendants' Request for Extension of Time

1