IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| REX CHAPPELL, ) | |
| ) | 2:02-cv-02299-GEB-GGH-P |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| D. MCCARGAR et. al., ) | |
| Defendants. ) | |

On September 21, 2009 Defendants filed motions in limine which are denied since it is unclear whether Plaintiff will seek to admit the evidence Defendants argue is inadmissible.

Dated:  October 2, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1