1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

      Plaintiff,                      No. CIV S-02-2299-GEB KJM P

    vs.

D. McCARGAR et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The matter is before the court on remand from the Ninth Circuit for further proceedings. The court finds that appointment of counsel for plaintiff is warranted. Joanna Mendoza has been selected from the court's attorney panel.

        Accordingly, IT IS HEREBY ORDERED that:

        1. This matter is set for trial at 9:00 a.m. on October 6, 2009 before the undersigned in Courtroom #10.

        2. Joanna Mendoza shall notify shall notify Sujean Younger, ADR and Pro Bono Program Director, at 916-930-4278, if she has any questions related to the appointment.

///

///

3. The Clerk of the Court is directed to serve a copy of this order upon Joanna Mendoza, Attorney at Law, 5955 Granite Lakes Drive, Suite 170, Granite Bay, CA 95746.

Dated: October 2, 2009

GARLAND E. BURRELL, JR.
United States District Judge