IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> D. MCCARGAR et. al., ) <br> ) <br> Defendants. ) <br> _____ ) | 2:02-cv-02299-GEB-GGH-P <br><br> ORDER |

Plaintiff's ex parte motion for a continuance of the trial scheduled to commence tomorrow, on October 6, 2009, is granted. The trial is continued to commence at 9:00 a.m. on December 15, 2009.

Dated: October 5, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1