UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL, | CASE NO.  CIV S-02-2299 GEB KJM P |
|     Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| v. | |
| D. MCCARGAR, et al, | As to Steven Currier , #D-08388 |
|     Defendants. | |

_____

    **Steven Currier**, inmate #D-08388, a necessary witness in the trial proceedings in this case on December 15, 2009, is confined in California State Prison, Sacramento Facility, Prison Road, Represa, California, in the custody of the Warden James Walker; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian  to produce the inmate in Court, Courtroom No. 10, United States Courthouse, 501 I Street,  Sacramento, California on **December 15, 2009 at 9:00 a.m. and continuing throughout the duration of the trial.**

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-to-Court Desk, California State Prison, Sacramento Facility, PO Box 290002, Represa, CA 95671-002.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden of California State Prison, Sacramento Facility, Prison Road, Represa, California 95671**

    **WE COMMAND** you to produce the inmate named above to testify in person and participate in the mediation before the United States District Court at the time and place above and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

**Dated:** 10/22/09

                                                  GARLAND E. BURRELL, JR.
                                                  United States District Judge