IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
REX CHAPPELL,                   )
                                )
            Plaintiff,          )   2:02-cv-02299
                                )
      v.                        )   ORDER CONCERNING
                                )   RESPONSE AND REPLY TO MOTIONS
D. MCCARGAR et. al.,            )   IN LIMINE
                                )
            Defendants.         )
_____)
```

Plaintiff filed motions in limine on October 5, 2009, to which Defendants have not responded, but perhaps have concluded they have no leave to file a response. Defendants shall respond to Plaintiff's in limine motions as soon as practical, but no later than December 28, 2009. Plaintiff may file a reply on or before January 4, 2010.

Further, Defendants' statement in their trial brief that "Plaintiff's Ninth Circuit case was dismissed because [Plaintiff] chose not to pay the court's filing fee" is inconsistent with the following portion of the Ninth Circuit's decision in Chappell v. McCargar, 152 Fed. Appx. 571, 573 (9th Cir. 2005): "plaintiff can't be faulted for failing to pay the filing fee. He was deprived of the

1

documents required to pursue his appeal, so there would have been no point in paying the fee." Therefore, Defendants shall explain their position on this matter in a filing due December 28, 2009, to which Plaintiff may respond on or before January 4, 2010.

Dated: December 17, 2009

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge