EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-7363
  Fax: (916) 324-5205
  E-mail: Tracy.Hendrickson@doj.ca.gov
*Attorneys for Defendants
Pliler, Martel, Hamad and McCargar*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **REX CHAPPELL,**<br><br>           Plaintiff,<br><br>      v.<br><br>**D. MCCARGER, et al.,**<br><br>           Defendants. | 2:02-cv-2299 GEB KJM P<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO OPPOSE MOTIONS IN LIMINE AND TO RESPOND TO COURT ORDER** |

This stipulation is entered into as of December 21, 2009, by and between Plaintiff, Rex Chappell, through his counsel of record, Joanna R. Mendoza, and Defendants, Hamad, Martel, McCargar and Pliler, through their counsel of record, Tracy S. Hendrickson, Supervising Deputy Attorney General.

It is stipulated by the parties, through their attorneys of record that, for good cause based on the Declaration of Tracy S. Hendrickson, the date for Defendants to oppose Plaintiff's motions in limine and to respond to the Court's order (CR 131) should be extended by eighteen days, to January 15, 2010, with Plaintiff's reply due on or before January 22, 2010.

1

1  IT IS SO STIPULATED.

2

3  Dated: December 21, 2009          /s/ Joanna R. Mendoza
                                     Joanna R. Mendoza
4                                    Attorney for Plaintiff

5

6

7  Dated: December 21, 2009          /s/ Tracy S. Hendrickson
                                     Tracy S. Hendrickson
8                                    Attorney for Defendants
9                                    Hamad, Martel, McCargar and Pliler

10

11

12

13                          **ORDER**

14  **IT IS SO ORDERD.**

15
    **Dated 12/22/09**
16                          _[signature]_
                            GARLAND E. BURRELL, JR.
17                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28

2