EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
VICKIE P. WHITNEY, State Bar No. 145316
Supervising Deputy Attorney General
JEFFREY STEELE, State Bar No. 124688
Supervising Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-7363
  Fax: (916) 324-5205
  E-mail: jeff.steele@doj.ca.gov
*Attorneys for Defendants*
*Pliler, Martel, Hamad and McCargar*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **REX CHAPPELL,**<br><br>                Plaintiff,<br><br>    v.<br><br>**D. MCCARGER, et al.,**<br><br>                Defendants. | 2:02-cv-2299 GEB KJM P<br><br>**SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO OPPOSE MOTIONS IN LIMINE AND TO RESPOND TO COURT ORDER** |

This stipulation is entered into as of January 15, 2010, by and between Plaintiff, Rex Chappell, through his counsel of record, Joanna R. Mendoza, and Defendants, Hamad, Martel, McCargar and Pliler, through their counsel of record, Jeffrey Steele, Deputy Attorney General.

It is stipulated by the parties, through their attorneys of record that, for good cause based on the Declaration of Jeffrey Steele, the date for Defendants to oppose Plaintiff's motions in limine and to respond to the Court's order (CR 131) should be extended to February 26, 2010, with Plaintiff's reply due on or before March 5, 2010.

//

//

1

1  IT IS SO STIPULATED.

2

3  Dated: January 15, 2010                    */s/ Joanna R. Mendoza*
                                              Joanna R. Mendoza
4                                             Attorney for Plaintiff

5

6

7  Dated: January 15, 2010                    */s/ Jeffrey Steele*
                                              Jeffrey Steele
8                                             Attorney for Defendants
9                                             Hamad, Martel, McCargar and Pliler

10

11

12

13                          **ORDER**

14  **IT IS SO ORDERD.**

15

16

17  Dated: 1/21/10                    _____
                                      GARLAND E. BURRELL, JR.
18                                    United States District Judge

19

20

21

22

23

24

25

26

27
                              **DECLARATION**
28
                                  2

Second Stipulation and Order for Extension of Time   (2:02-cv-2299 GEB KJM P)

I, JEFFREY STEELE, declare:

1. I am an attorney licensed to practice before all courts of the State of California and before this Court. I am a Deputy Attorney General employed by the Office of Attorney General, and I represent Defendants in this case.

2. This case was previously assigned to John W. Riches is currently hospitalized with a serious medical condition. In light of this, it has been reassigned to me. However, I also took on the full caseload of another deputy, Samantha Ramsey, in early December 2009, after Ms. Ramsey was reassigned to the class action matter, *Coleman v. Schwarzenegger*. Several of Ms. Ramsey's cases required immediate attention. As a result, I still have not had time to review the file in this matter. Such review is essential, in part because Plaintiff's motions concern the admissibility of testimony from Defendant's expert witness. A review of the entire file is necessary to determine whether and why this expert's testimony is necessary; therefore, I cannot know whether or how to oppose this motion until that review is done.

3. Trial has now been continued to April 13, 2010. Thus, there is no immediate need to decide the motions in limine.

4. This is Defendants' second request for an extension of time to file motion in limine objections and to respond to the Court's order.

5. On January 15, 2010, I spoke with Joanna Mendoza, counsel to Plaintiff, and she agreed to stipulate to the requested extension.

I declare under penalty of perjury that this declaration is true and correct. Executed this 15th day of January, 2010, at Sacramento, California.

*/s/ Jeffrey Steele*
Jeffrey Steele

SA2002102177
30933497.doc